**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL  NO.** _____ |
| **v.** | : | **DATE FILED:**   March 27, 2007 |
| **RODERICK S. VOSBURGH** | : | **VIOLATIONS:** |
| | | **18 U.S.C. § 1519 (destroying evidence** |
| | : | **with intent to obstruct an investigation -** |
| | | **1 count)** |
| | : | **18 U.S.C. § 2232 (destroying property to** |
| | | **prevent seizure - 1 count)** |
| | : | **18 U.S.C. § 2252(a)(4)(B) and (b)(2)** |
| | | **(possession of child pornography - 1** |
| | | **count)** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about February 27, 2007, in Media, in the Eastern District of

Pennsylvania, defendant

**RODERICK S. VOSBURGH**

knowingly altered, destroyed and mutilated tangible objects, that is, several computer thumb

drives and a hard drive, with the intent to impede, obstruct, and influence an investigation of a

matter within the jurisdiction of the Federal Bureau of Investigation, that is, the illegal receipt

and possession of child pornography.

In violation of Title 18, United States Code, Section 1519.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT**

On or about February 27, 2007, in Media, in the Eastern District of Pennsylvania, defendant

**RODERICK S. VOSBURGH**,

before and during the seizure of property by agents from the Federal Bureau of Investigation and local law enforcement officers, persons authorized to make searches and seizures, knowingly destroyed and damaged, and attempted to destroy and damage, computer equipment, including thumb drives and a hard drive, for the purpose of preventing and impairing the government's lawful authority to take such property into its custody and control.

In violation of Title 18, United States Code, Section 2232.

### COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT**

On or about October 25, 2006, in Media, in the Eastern District of Pennsylvania,

defendant

**RODERICK S. VOSBURGH**,

knowingly attempted to possess one or more visual depictions, that is, two video files, named

"bongzilla  toddler HC / some anal / some oral," described as:

> here is one of my favs - 4yo hc with dad
> (toddler, some oral, some anal) - supercute!
> Haven't seen her on the board before-
> if anyone has anymore, PLEASE POST,

believing that the visual depictions had been shipped and transported in interstate and foreign

commerce, that the visual depictions showed a minor engaged in sexually explicit conduct,

and that the producing of those visual depictions involved the use of a minor engaged in

sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

**A TRUE BILL:**

_____

**GRAND JURY FOREPERSON**

_____

**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**